UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ALTAGRACIA AQUINO SUAREZ,<br><br>Defendant. | **INFORMATION**<br><br>23 Cr.<br><br>23 CRIM 651 |

## COUNT ONE
### (Illegal Reentry)

The United States Attorney charges:

1. From at least on or about February 24, 2021, in the Southern District of New York and elsewhere, JOSE ALTAGRACIA AQUINO SUAREZ, the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered, and was found in, the United States, after removal that was subsequent to a conviction for commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney